DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS DE LA PAZ BERNITT,**
Appellant,

v.

**US BANK NATIONAL ASSOCIATION,** as Trustee for
**ANGEL OAK MORTGAGE TRUST I, LLC, 2019-1, MORTGAGE-BACKED CERTIFICATES, SERIES 2019-1,**
Appellee.

No. 4D2025-2996

[April 30, 2026]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 062023CA016567AXXXCE.

Carlos De La Paz Bernitt, Guayaquil, Ecuador, pro se.

Meghan Keane of Bitman O'Brien, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***